```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

BERNARD RAY,                    )
                                )
            Plaintiff,          )          8:05CV113
                                )
       v.                       )
                                )
TYSON FRESH MEATS, INC.,        )            ORDER
                                )
            Defendant.          )
                                )
```

IT IS ORDERED:

The joint oral motion of the parties is granted and:

1. The prior order setting case on an accelerated schedule, filing 4, is withdrawn.

2. The clerk shall send the normal scheduling letter to counsel forthwith.

DATED this 20th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge