IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BERNARD RAY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv113 |
| | ) | |
| v. | ) | |
| | ) | |
| TYSON FRESH MEATS, INC., | ) | |
| | ) | ORDER |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by July 12, 2005, file their Report of Parties' Planning Conference.

DATED June 21, 2005.

/s/ *David L. Piester*

United States Magistrate Judge