```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

BERNARD RAY,                    )
                                )
            Plaintiff,          )          8:05CV113
                                )
       v.                       )
                                )
TYSON FRESH MEATS,              )            ORDER
                                )
            Defendant.          )
                                )
```

IT IS ORDERED:

The joint oral motion of the parties is granted and the deadline for filing the Rule 26 planning conference report is extended to July 22, 2005.

DATED this 12th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge