```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BERNARD RAY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV113 |
| | ) | |
| v. | ) | |
| | ) | |
| TYSON FRESH MEATS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The parties' joint oral motion to continue is granted and the deadline for filing the Rule 26(f) planning conference report is extended to July 29, 2005

DATED this 22nd day of July, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge