```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BERNARD RAY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV113 |
| | ) | |
| v. | ) | |
| | ) | |
| TYSON FRESH MEATS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The motion of Renae M. Feilmeier to withdraw as counsel for defendant Tyson is granted. Defendant Tyson will continue be represented by attorney Marcia Washkuhn of Kutak Rock LLP.

DATED this 9th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge