```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BERNARD RAY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV113 |
| | ) | |
| v. | ) | |
| | ) | |
| TYSON FRESH MEATS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The motion of Ari D. Riekes to withdraw as counsel for defendant Tyson, filing 29, is granted. Defendant Tyson will continue be represented by attorney Marcia Washkuhn of Kutak Rock LLP.

DATED this 10th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge